UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tangni Fagoth *et al.*,

                Plaintiff(s),

–v–

Mexican Radio Corp. *et al.*,

                Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 4 2017

15 Civ. 9429 (AJN)

MEMORANDUM AND ORDER

ALISON J. NATHAN, District Judge:

    On December 1, 2015, the Plaintiffs, Tangni Fagoth, Guztavo Cortes, Stephanie Garcia, Juliana Palomino, Annette Polanco, Noemi Rivera, Angelica Robleto, and Nadgie Santana (the "Plaintiffs"), filed a corrected complaint in the Southern District of New York alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law, Art. 19 §§ 190 and 650 *et seq.* *See* Dkt. No. 6. On July 14, 2017, the parties informed the Court via letter that a settlement agreement in principle had been reached. Dkt. No. 37. On August 18, 2017, the parties submitted a written settlement agreement for the Court's approval, along with a joint letter explaining their views on the fairness of the settlement. Dkt. No. 41. On August 23, 2017, the Court declined to approve the settlement based on insufficient information. Dkt. No. 42.

    On September 8, 2017, the parties submitted additional information justifying the fairness and reasonableness of the proposed settlement. Dkt. No. 35. The Court has reviewed these materials and now finds the settlement to be fair and reasonable. Accordingly, the settlement between the parties is approved. The Clerk of Court is instructed to close the case.

    SO ORDERED.

Dated: September 13, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge


